UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

CIVIL ACTION NO. 03-178-DLB

SHARON WRIGHT                                                                                              PLAINTIFF

vs.                                                    **JUDGMENT**

GRANT COUNTY DETENTION
CENTER, ET AL.                                                                                           DEFENDANTS

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (Doc. #42); and no objections thereto having been filed by Plaintiff; and the Court having reviewed said Report and Recommendation and being sufficiently advised;

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the United States Magistrate Judge (Doc. #42) is hereby **adopted** by this Court; that Plaintiff's Complaint is therefore hereby **dismissed, with prejudice,** for failure to prosecute; that to the extent this case is included in the consolidated Petition for Order to Produce Grand Jury Testimony (Doc. #28), that Petition is **denied as moot** as to this action; and that this matter is hereby **stricken** from the docket of this Court.

This 11th day of May, 2005.



Signed By:
*David L. Bunning*   DB
United States District Judge

G:\DATA\ORDERS\Cov03\178-JudgmentAdoptgR&R.wpd